David J Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Alex A. Wade (SBN: 304022)
wadea@cmtlaw.com
**CARLSON & MESSER LLP**
5959 West Century Blvd., Suite 1214
Los Angeles, California 90045
Tel: (310) 242-2200
Fax: (310) 242-2222

*Attorneys for Defendant,*
CREDIT ONE BANK, N.A.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER PERALTA,<br><br>            Plaintiff,<br><br>    vs.<br><br>CREDIT ONE BANK, N.A., and DOES 1 through 10 inclusive,<br><br>            Defendants. | Case No. 5:16-cv-02052-GHK-SK<br><br>**NOTICE OF SETTLEMENT** |

**TO THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN:**

PLEASE TAKE NOTICE that a settlement has been reached between Plaintiff, AMBER PERALTA, and Defendant, CREDIT ONE BANK, N.A.  In light of the settlement, the parties respectfully request that the Court take off calendar all future hearing dates in this case.

Dated: November 11, 2016         **CARLSON & MESSER LLP**

                                                    By: /s/Alex A. Wade
                                                        David J. Kaminski
                                                        Alex A. Wade

                                                    Attorneys for Defendant,
                                                    CREDIT ONE BANK, N.A.