JS - 6

FILED: 11/16/2016

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER PERALTA, et al., | )<br>)<br>) |
| Plaintiff, | ) |
| vs. | ) CASE NO. EDCV 16-2052 GHK (SKx)<br>) |
| CREDIT ONE BANK, N.A., *et al.*, | ) **ORDER OF DISMISSAL**<br>) |
| Defendants. | ) |

The Court having been advised by counsel for the parties that the above-entitled action has been settled,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **30 days**, to reopen the action if settlement is not consummated.

Dated:   11/16/16

_____
GEORGE H. KING
United States District Judge